IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02351-WYD-KMT

PATRICIA FOXWELL,

    Plaintiff,

v.

VAIL VALLEY MEDICAL CENTER,

    Defendant.

**ORDER ADOPTING AND AFFIRMING
MAGISTRATE JUDGE'S RECOMMENDATION**

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge [ECF No. 10], issued March 14, 2011.  Magistrate Judge Tafoya recommends therein that the claims against Defendant Vail Valley Medical Center be dismissed in their entirety without prejudice, pursuant to Fed. R. Civ. P. 4(m), for lack of service on the Defendant.  (Recommendation at 2).

Magistrate Judge Tafoya advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (*Id.*)  No objections were filed by any party to the Magistrate Judge's Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation under any standard I deem appropriate.  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. Pursuant to Fed. R. Civ. P. 4(m), if a defendant is not served within 120 days after the complaint is filed, the court must dismiss the action without prejudice against that defendant or order service to be made within a specified time. Magistrate Judge Tafoya issued an Order to Show Cause [ECF No. 8], which noted that more than 120 days had passed at the time of that order and that service had not been completed. Magistrate Judge Tafoya therefore ordered that Plaintiff must show cause in writing why the action should not be dismissed without prejudice. Plaintiff did not file a response to the Order to Show Cause.

Plaintiff has failed to provide good cause for the failure to timely serve the Defendant, failed to respond to the Order to Show Cause, and further did not object to Magistrate Judge Tafoya's recommendation to dismiss the claims against Defendant. Accordingly, it is hereby

ORDERED that the claims against Defendant are dismissed in their entirety without prejudice, pursuant to Fed. R. Civ. P. 4(m) for lack of service.

Dated:  June 2, 2011

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE